UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 09-1290 JNE/AJB

| | |
|---|---|
| THOMAS BENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **O R D E R** |
| | ) |
| DENISE FRAZIER, et al., | ) |
| | ) |
| Defendants. | ) |

Upon stipulation of the parties, it is hereby

ORDERED that Defendants shall be, and hereby are granted an extension of time to respond to the Complaint of Plaintiff to October 16, 2009.

Dated: August 7, 2009

                                         __s/ Arthur J. Boylan_____
                                         ARTHUR J. BOYLAN
                                         United States Magistrate Judge